IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-03011-CJW-MAR |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| ARIC GAIL DUNN | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2): Felon in possession of firearms and ammunition |
| Defendant. | |

The Grand Jury charges:

## Count 1

On or about December 17, 2018, in the Northern District of Iowa, defendant ARIC GAIL DUNN, knowingly possessed in and affecting interstate commerce, that is firearms, a Ruger SR9 9x19 pistol, Serial #331-30371 and a Kimber Stainless II, .45 caliber pistol, Serial #K183161 and ammunition. Defendant had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is possession of a controlled substance precursor, in the Iowa District Court for Hamilton County, on February 29, 2012, in case number FECR337560.

This was in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

/s/
Grand Jury Foreperson     2-21-19
                          Date

PETER E. DEEGAN, JR.
United States Attorney

By: [signature]

JACK LAMMERS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

FEB 21 2019

And filed _____
ROBERT L. PHELPS, CLERK

2