# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>ARIC GAIL DUNN<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 19-CR-03011-CJW-MAR |

*RECEIVED U.S. MARSHAL N/IA CEDAR RAPIDS 2019 FEB 22 AM 11: 04*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ARIC GAIL DUNN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Felon in Possession of Firearms and ammunition, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2)

Date: 2/21/2019

*Issuing officer's signature*

City and state: Sioux City, Iowa

Kelly K. E. Mahoney, Chief U.S. Magistrate Judge
*Printed name and title*

---

### Return

**Suspect arrested by DNE**

This warrant was received on *(date)* ___Agency Name___, and the person was arrested on *(date)* ___
at *(city and state)* ___

on 3/4/2019 in the Northern District of Iowa

Date: ___

*Arresting officer's signature*

*Printed name and title*

**USMS Signature**